UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>D-1 CORTEZ BLAKE,<br>D-2 KARAMOH TURNER,<br>D-3 SEMAJ AYERS,<br>D-4 MAIJAH GREENE,<br>D-5 SHATONNIA KIMBROUGH,<br>D-6 ARMOND WILLIAMS, and<br>D-7 NASIR LEWIS,<br><br>        Defendants.<br>_____/ | Case No. 22-cr-20519<br><br>HON. LAURIE J. MICHELSON<br><br>Violations:<br>18 U.S.C. §§ 1201(a)(1), (c), 2<br><br><br><br>FILED USDC - CLRK DET<br>2023 APR 26 PM3:06 |

## FIRST SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

*(18 U.S.C. § 1201(a)(1) and (c) – Kidnapping Conspiracy)*

From on or about November 14, 2021, through on or about November 15, 2021, in the Eastern District of Michigan, the defendants, D-1 CORTEZ BLAKE, D-2 KARAMOH TURNER, D-3 SEMAJ AYERS, D-4 MAIJAH GREENE, D-5 SHATONNIA KIMBROUGH, D-6 ARMOND WILLIAMS, and D-7 NASIR

LEWIS, and others known and unknown to the grand jury, conspired, and agreed with one another to unlawfully kidnap, abduct, seize, and confine Victim 1, and hold Victim 1, for reward and otherwise, and, in committing and in furtherance of the commission of that offense, used a means, facility, and instrumentality of interstate commerce, that being motor vehicles, cellular telephones, and cellular networks, all in violation of Title 18, United States Code, Sections 1201(a)(1) and (c).

## Object of the Conspiracy

The object of the conspiracy was to kidnap and hold Victim 1 against her will to: (1) obtain information from Victim 1 about the carjacking of D-1 CORTEZ BLAKE; and (2) retaliate against Victim 1 for the belief that she was also involved in the carjacking.

## Manner and Means of the Conspiracy

The manner and means by which members of the conspiracy sought to accomplish the objectives of the conspiracy included, among other things, the following that occurred from on or about November 14, 2021, through on or about November 15, 2021:

1. After D-1 CORTEZ BLAKE was carjacked, members of the conspiracy, including the defendants, agreed to unlawfully kidnap and hold Victim 1 against Victim 1's will. Members of the conspiracy

believed that Victim 1 played some role in the carjacking of D-1 CORTEZ BLAKE and sought to retaliate against Victim 1 and attempt to obtain information about the carjacking from Victim 1.

2. Members of the conspiracy used cellular telephones and social media networks to discuss their planned retaliation for the carjacking of D-1 CORTEZ BLAKE.

3. Members of the conspiracy offered Victim 1 a ride in a motor vehicle from a hospital under the pretense of safely taking her home. Instead, members of the conspiracy took Victim 1 to an abandoned area and held against her will. Members of the conspiracy removed Victim 1 from the motor vehicle by force, assaulted her with a firearm, took her cell phone and used it to attempt to determine who was involved in the carjacking of D-1 CORTEZ BLAKE.

4. Members of the conspiracy forced Victim 1 back into a motor vehicle and drove to D-1 CORTEZ BLAKE's residence. There, more members of the conspiracy waited for Victim 1. Members of the conspiracy forced Victim 1 against her will from the motor vehicle and into the residence. Once inside, members of the conspiracy moved Victim 1 several times from room to room, and repeatedly interrogated her about her perceived involvement in the carjacking of

       D-1 CORTEZ BLAKE. Members of the conspiracy used at least one firearm to point at Victim 1 while she was interrogated. Members of the conspiracy also physically beat Victim 1 with their hands, feet, hospital crutches, and a bottle.

5. Members of the conspiracy used their own cellular telephones and cellular network to recruit additional members of conspiracy to retaliate against Victim 1.

6. Members of the conspiracy used a motor vehicle to transport Victim 1 against her will and forced Victim 1 to provide the location of a known person who members of the conspiracy believed was involved in the carjacking of D-1 CORTEZ BLAKE.

## Overt Acts

In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the Eastern District of Michigan on or about November 14, 2021, through on or about November 15, 2021:

1. Members of the conspiracy unlawfully kidnapped, abducted, seized, and confined and held Victim 1.

2. D-1 CORTEZ BLAKE arrived at his residence and interrogated and beat Victim 1.

4

3. D-2 KARAMOH TURNER removed Victim 1 from a vehicle by force and against her will and assaulted her with a firearm.

4. D-3 SEMAJ AYERS interrogated and beat Victim 1. D-3 SEMAJ AYERS also called to recruit D-4 MAIJAH GREENE and D-5 SHATONNIA KIMBROUGH over to the residence.

5. D-7 NASIR LEWIS used a firearm to assault Victim 1 while D-4 MAIJAH GREENE and D-5 SHATONNIA KIMBROUGH physically beat Victim 1.

6. D-6 ARMOND WILLIAMS interrogated Victim 1 while at least one other member of the conspiracy threatened her with firearms.

## COUNT TWO
*(18 U.S.C. §§ 1201(a)(1), 2 – Kidnapping, Aiding and Abetting)*

From on or about November 14, 2021, through on or about November 15, 2021, in the Eastern District of Michigan, the defendants, D-1 CORTEZ BLAKE, D-2 KARAMOH TURNER, D-3 SEMAJ AYERS, D-4 MAIJAH GREENE, D-5 SHATONNIA KIMBROUGH, D-6 ARMOND WILLIAMS, D-7 NASIR LEWIS, and others known and unknown to the grand jury, aided and abetted by each other, unlawfully kidnapped, abducted, seized, and confined a person, Victim 1, and held Victim 1 for reward and otherwise, and, in committing and in furtherance of the commission of that offense, used a means, facility, and instrumentality of interstate

commerce, that being motor vehicles, cellular telephones, and cellular networks, all in violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/ Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent & Organized
Crime Unit

*s/ David Cowen*
DAVID COWEN
JEANINE BRUNSON
Assistant U.S. Attorneys

Dated: April 26, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number:<br>22-cr-20519 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** 22-cr-20505 |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | **Judge Assigned:** Laurie J. Michelson |
| ☑Yes ☐No | **AUSA's Initials:** DPC |

**Case Title:** USA v. Cortez Blake et al

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment --- based upon **LCrR 57.10 (d)** [Complete Superseding section below]

## Superseding Case Information

**Superseding to Case No:** 22-cr-20519          **Judge:** Laurie J. Michelson

**Reason:**
Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| D-7 Nasir Lewis | 18 U.S.C. § 1201(a)(1) and (c)<br>18 U.S.C. §§ 1201(a)(1), 2 | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

April 26, 2023
Date

David P. Cowen
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
david.cowen@usdoj.gov
(313) 226-9575
Bar# NM 142040

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.