Semaj Ayers
P. O. Box 1000
Milan, MI 48160

07/22/2024

ATTN: Honorable Judge Laurie J. Michelson
Clerks of court
231 W. Lafayette
Detroit, MI 48226

Dear Honorable Judge Laurie J. Michelson,

   I am contacting you to let you know that I would like to request a new attorney, My current attorney Mr.. Samuel J. Churikian, ESQ. Has not made any effort to review with me the discovery nor assist me in my case. My efforts and my family's efforts to reach him has failed. I have not heard from him in 2 months I politely and respectfully would like to request an attorney that will be willing to put the horse in front of the court, review the discovery and the merits of the case and assist me in getting the best outcome. I do not believe this is possible with Mr.. Churikian, ESQ. If possible I would like someone with previous trial experience. I want to make it clear that I fully respect your court and appreciate your time and attention. Thank you your honor.

Sincerely,

Semaj Ayers



Demas J Ayers
_____
NAME

24934610
_____
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

U.S. MARSHAL

METROPLEX MI 480

26 JUL 2024   PM 8  L



Hon. Laurie J. Michelson
231 W. Lafayette
Detroit, MI 48226

R E C E I V E D
JUL 29 2024
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

48226-271299