UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>D-5 SEMAJ AYERS,<br><br>    Defendant. | Case Nos. 22-20519<br>22-20597<br>22-20613<br>Honorable Laurie J. Michelson |

**ORDER ON DEFENDANT'S REQUEST FOR NEW COUNSEL [297]**

Semaj Ayers has been charged in a superseding indictment with one count of kidnapping conspiracy in violation of 18 U.S.C. § 1201(a)(1) and (c), and one count of kidnapping, aiding and abetting, in violation of 18 U.S.C. § 1201(a)(1) and 2. (ECF No. 106.) He is also charged in two other pending federal cases, one for wire fraud and aggravated identity theft (22-20597) and the other for being a felon in possession of a firearm (22-20613).

Recently, Ayers sent the Court a letter requesting the appointment of new counsel. (22-20519 ECF No. 297.) The Court heard argument on the request on August 13, 2024, during which Ayers and his counsel reiterated that there has been an irretrievable breakdown in the attorney client relationship. The breakdown in communication, inability to work together, and lack of trust were evident in the comments made and interactions of the parties at the hearing.

The government takes no position on the motion.

Thus, for the reasons provided by Ayers and his counsel on the record during the hearing, Ayers' request for new counsel (22-20519 ECF No. 297) is GRANTED.

IT IS FURTHER ORDERED that the Federal Community Defender's Office be immediately re-appointed to represent Ayers in all three cases and that any counsel considering the acceptance of the appointment be advised of the current scheduling orders.

SO ORDERED.

Dated: August 14, 2024

                                          s/Laurie J. Michelson
                                          LAURIE J. MICHELSON
                                          UNITED STATES DISTRICT JUDGE