# EXHIBIT 1

August 6, 2025

Hon. L. Michelson

Theodore Levin U. S. Court House

231W. Lafayette St.

Detroit, MI 48226

Dear Judge Michelson,

I am writing to you with a heavy heart as the grandmother of Semaj Ayers. It is with deep sincerity that I offer this letter to speak on behalf of his character and the remorse he feels for his actions.

Semaj is not only my grandson—he is someone I have had the privilege of watching grow into a thoughtful, loving, and respectful young man. Throughout his life, Semaj has shown himself to be intelligent, caring, and nurturing. From a young age, he has always been the kind of person to look after those around him, offering support and kindness even when he was struggling himself.

While recent events have brought deep reflection and regret, I know without question that Semaj fully accepts responsibility for his mistakes. He has expressed to me, time and again, how sorry he is—not just in words, but in his actions and the maturity he now shows. He understands the seriousness of his choices and is committed to making amends and becoming a better man as a result of this experience.

Your Honor, I do not seek to excuse his conduct, but I humbly ask that you consider the full measure of his character. Semaj has so much potential to contribute positively to his community, and I believe that with the opportunity, he will rise above this moment and use it as a foundation for growth and change. He is not defined by this chapter alone, but by the strength, integrity, and love that those of us who know him best, see in him every day.

Thank you for taking the time to read this letter and for considering my words. I trust in your wisdom and fairness in determining the next steps for my grandson's future.

Respectfully,

Sherry E. Brown
Grandmother of Semaj Ayers

Aug 7 2025

Hon L. Michelson

231 Lafayette St.

Detroit, MI 48226

Hon Judge Michelson

I am writing this letter on behalf of my godson, Semaj, to respectfully ask for your grace and mercy as you consider his sentencing. I recognize the seriousness of this moment, and I do not write to excuse his actions. Rather, I hope to offer a more complete picture of the young man I've come to know and love as family.

Semaj is a truly gifted, intelligent, and deeply caring individual. From a young age, it was clear that he possessed a bright mind and a unique ability to connect with others. He has always been thoughtful and curious—someone who listens before he speaks and who treats people with genuine respect and warmth. These qualities have made him not only a joy to be around but also a positive influence on those lucky enough to know him.

One of the most difficult but admirable things I've witnessed in Semaj during this time is his willingness to take full accountability for his actions. He has not run from responsibility, nor has he tried to shift blame. Instead, he has expressed genuine remorse and a heartfelt desire to grow from this experience. That level of emotional maturity speaks volumes about the man he is becoming.

Your Honor, I know Semaj has made mistakes—but I also know those mistakes do not define him. He is so much more than this moment. He is a young man with great potential, one who has already shown the capacity for reflection, growth, and change. With the opportunity for rehabilitation and support, I truly believe Semaj will rise above this chapter and live a life that honors the grace he's been given.

Thank you for taking the time to read this letter and for considering my heartfelt plea. I place my trust in your discernment and fairness and humbly ask that you offer Semaj the mercy that will allow him to continue building a better future.

With deep respect,

*DeAnna Futrell*

DeAnna Futrell

August 6, 2025

Hon. L. Michelson

231 Lafyette St.

Detroit, MI 48226

Dear Judge Michelson

I am writing this letter with deep sincerity to respectfully request your compassion and understanding as you consider sentencing for my brother, Semaj, I understand the seriousness of the matter before you, but I hope to provide some insight into the kind of person my brother is outside of his legal circumstances.

Semaj is, at his core, a kind, loving, and deeply caring individual. He has always put family first, often stepping in as a source of strength and support in our most difficult times. Whether it's taking care of our parents when they're unwell or offering a listening ear to a friend in need, he has never hesitated to show up for others. His compassion is not something he wears on his sleeve—it's something he lives out quietly and consistently.

I have witnessed him take full responsibility for his actions with genuine remorse and maturity. He has not tried to minimize or deflect what he has done. Instead, he has expressed a sincere commitment to making amends and becoming a better person. I believe this speaks volumes about his integrity and accountability.

Your Honor, I do not write this letter to excuse any wrongdoing. I only hope to share a fuller picture of my brother's character—the version of him that our family, friends, and community know and love. He is not defined by this mistake alone. With mercy and the opportunity for rehabilitation, I believe he can continue to grow into the man he aspires to be and give back to the world in meaningful ways.

Thank you for taking the time to read this letter. I trust in your wisdom and fairness, and I appreciate your consideration.

With respect and hope,

*Shavonna Stanford*

Shavonna Stanford